DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E. TONRY (P#1684); JESSE LEE CESENA (P#2425); ALEXANDER PEREZ, JEFREY K. LYTLE, CITY OF LAS VEGAS, et al.<br><br>Defendants. | 2:17-cv-02102-APG-VPC<br>Consolidated with<br>Case No. 2:18-cv-00354-APG-VCF<br><br>**STIPULATION AND ORDER<br>TO AMEND<br>PRIOR CASE DISCOVERY PLAN<br>AND<br>PROPOSED<br><u>SCHEDULING ORDER</u>**<br>First Request<br>**(FRCP 26(f)(3) and LR 26-1(b))** |

This case involves a total of 70 defendants, many of which were added by the filing of by Case No. 2:18-cv-00354-APB-VCF (02/26/18) which is now consolidated with the current matter. Plaintiff was unable to name many of the defendants until discovery had been obtained in the underlying case. The parties have propounded discovery which has been answered, one deposition has been taken. The parties anticipate there may be 20 or more depositions in this matter conducted by the plaintiffs. Also, the parties expect that at least three or more experts must be retained on both sides. In addition to additional employees of the existing defendants,

1

the new case adds a new employer, Correct Care Solutions, together with its employees. Neither the new employer nor its employees have answered the complaint though service has been effectuated on the employer.

Accordingly, the parties request the deadlines, for both cases, be extended by 90 days to the dates below:

| Event – Original Deadlines | Deadlines | Last Day to Extend |
|---|---|---|
| Discovery Cut-Off<br>June 5, 2018 | Monday, September 4, 2018 | Monday, August 14, 2018 |
| Expert Disclosure Date<br>April 5, 2018 | Friday, July 6, 2018 | Thursday, June 15, 2018 |
| Rebuttal Disclosure Date<br>May 7, 2018 | Tuesday, August 7, 2018 | Friday, July 13, 2018 |
| Last Day to Amend Pleadings/ Add Parties<br>March 6, 2018 | Wednesday, June 6, 2018 | Wednesday, May 16, 2018 |
| Interim Status Report<br>April 5, 2018 | Friday, July 6, 2018 | Friday, June 15, 2018 |
| Dispositive Motions<br>July 5, 2018 | Thursday October 4, 2018 | Thursday September 13, 2018 |
| Joint Pre-Trial Order<br>August 6, 2018 | Monday, November 5, 2018 | Monday, October 15, 2018 |

DATED this 21 day of March, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.

/s/Dan M. Winder
DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

DATED this 21 day of March, 2018.

/s/ John Curtas
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: JOHN A. CURTAS
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Fax: (702) 386-1749
jacurtas@lasvegasnevada.gov
*Attys for Def City of Las Vegas and Michele Freeman*

DATED this 21 day of March, 2018.

LEWIS BRISBOIS BISGAARE & SMITH, LLP

/s/ Noel E. Eidsmore
ROBERT W. FREEMAN, ESQ.
Nevada State Bar No. 3062
*Robert.Freeman@lewisbrisbois.com*
NOEL E. EIDSMORE, ESQ.
Nevada State Bar No. 7688
*Noel.Eidsmore@lewisbrisbois.com*
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendants
City of North Las Vegas,
Officers Jacob Ray, Rodrigo Delara, John E.
Tonry, Jesse Lee Cesena,
Chief Alexander Perez,
and Fire Chief Jeffrey K. Lytle*

## **ORDER**

IT IS SO ORDERED.

Dated this 21st day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

3

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC 4-1, and LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 21 day of ~~December~~ March, 2018, I served the foregoing **STIPULATION AND ORDER TO AMEND PRIOR CASE DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER(FRCP 26(f)(3) and LR 26-1(e))** on counsel as follows:

E-Service pursuant to LR 5-4:

BRADFORD R. JERBIC
City Attorney
By: JOHN A. CURTAS
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Fax: (702) 386-1749
jacurtas@lasvegasnevada.gov
*Attorneys for Defendants
City of Las Vegas and Michele Freeman*

ROBERT W. FREEMAN, ESQ.
*Robert.Freeman@lewisbrisbois.com*
NOEL E. EIDSMORE, ESQ.
*Noel.Eidsmore@lewisbrisbois.com*
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendants
City of North Las Vegas,
Officers Jacob Ray, Rodrigo Delara,
John E. Tonry, Jesse Lee Cesena,
Chief Alexander Perez,
and Fire Chief Jeffrey K. Lytle*

_____
Employee of the Law Office of Dan M. Winder P.C.

4