S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for CCS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684) ;JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; JOHN LANSING; SCOTT NIELSEN; STEVEN MCKLEIN CITY OF LAS VEGAS; MICHELLE FREEDMAN; CITY OF LAS VEGAS CORRECTIONAL OFFICERS: ALGIN BROOKS, ANGEL JONES, ASHWORTH, CORY PRICE, DANIELLE STONE, GABRIELLE ABBOT, JASON JONES, JENNIFER BRADFORD, JOSHUA LOPER, JULIO OLARTE, KATHLEEN HENLEY, L. HENDERSON, LANDROVE, LEIGH MANN, LORIN SMITH, M. SZOSTEK, MARCOS PARKER, MICHAEL DARREN, MILETTE JONES, OFFICER CREAGER, OFFICER EDWARDS, OFFICER JERNEE, OFFICER KAHELE, OFFICER KATZ, OFFICER MANRA, OFFICER MARKITZ, OFFICER ROGERS, RAMON BROOKINS, ROBERT MORRIS, S. MARTINEZ, Sergeant B. GRIFFITH, Sergeant KELLEHER, SERGEANT ALVIN KENON, Sergeant LARRY GRAVES, SCOTT EDWARDS, STEVE CHESNEY, TRAVIS ROZ, WESLEY | CASE NO. 2:17-cv-2102-APG-VCF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-00354-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

|     |     |     |
| --- | --- | --- |
| 1   | STONE, SERGEANT DENT, CESAR LANDROVE; CORRECT CARE SOLUTIONS, LLC, a Purported Kansas Limited Liability Company, Correct Care Solutions Nurses: CN HAPLIN, CHARGE NURSE, NOREEN EVANS, NURSE ANDERSON, NURSE AVEN, NURSE DARDEN, FRANCESCA NOCE, NURSE NARE, NURSE NOCE, CHRISTOPHER NEHLS, HAYDEE. TOLENTION, JENNIFER SWAN, CHRISTINA SCHADE, BARBARA BUTTINO CORRECT CARE MANAGERS 1-10; CORRECT CARE MD OR DO'S 1-5, MEDICAL DIRECTOR'S 1-5 DOES 1-100 and DOE ENTITIES 1-10. | |
| | Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM, by and through her counsel of record, Dan Winder, Esq., Arnold Weinstock, Esq., Scott C. Dorman, Esq. of the Law Office of Dan M. Winder, P.C.; Defendants CITY OF NORTH LAS VEGAS and MICHELLE FREEDMAN, by and through their counsel of record, Bradford R. Jerbic and John A. Curtas; Defendants CITY OF NORTH LAS VEGAS, OFFICERS JACOB RAY, RODRIGO DELARA, JOHN E. TONRY, JESSE LEE CESENA, CHIEF ALEXANDER PEREZ, AND FIRE CHIEF JEFFERY K. LYTLE, by and through their counsel of record, Robert Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, LLP; and Defendant CORRECT CARE SOLUTIONS, LLC, by and through its counsel of record, S. Brent Vogel, Esq., and John M. Orr, Esq., of the law frim Lewis Brisbois Bisgaard & Smith, LLP, pursuant to LR 6-1, 6-2, and 7-1, that the time for Defendant Correct Care Solutions, LLC to file a responsive pleading to Plaintiff's Complaint [#1], on file herein, is hereby extended up to and including **March 29, 2018**. The stipulation is entered to allow counsel sufficient time to consult with Defendant Correct Care Solutions, LLC and investigate the allegations of the Complaint prior to filing a responsive pleading.

This stipulation is made in good faith and not for the purpose of delay. Defendant Correct Care Solutions, LLC is not disputing service of process. This is the first extension of time

requested by counsel for filing Defendant Correct Care Solutions, LLC's responsive pleading to Plaintiff's Complaint.

Dated this 22nd day of March, 2018.

By: ___/s/ Dan Winder_____
Dan M. Winder, Esq.
Nevada Bar No. 1569
Arnold Weinstock, Esq.
Nevada Bar No. 810
Scott C. Dorman, Esq.
Nevada Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

Dated this 22nd day of March, 2018.

By: ___/s/ Robert Freeman_____
Robert Freeman, Esq.
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for City of North Las Vegas,
Officers Jacob Ray, Rodrigo Delara,
John E. Tonry, Jesse Lee Cesena,
Chief Alexander Perez,
and Fire Chief Jeffrey K. Lytle*

Dated this 22nd day of March, 2018.

By: ___/s/ John A. Curtas_____
Bradford R. Jerbic, Esq.
Nevada Bar No.1056
John A. Curtas, Esq.
Nevada Bar No. 1841
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas
and Michele Freeman*

Dated this 22nd day of March, 2018.

By: ___/s/ John M. Orr_____
S. Brent Vogel, Esq.
Nevada Bar No. 6858
John M. Orr, Esq.
Nevada Bar No. . 14251
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Correct Care Solutions, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3-22-2018

4822-8905-4559.1

3