DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684); JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; ET AL.<br><br>Defendants. | Case No.: 2:17-cv-02102-APG-VCF<br>**CONSOLIDATED WITH**<br>Case No.: 2:18-cv-00354-MMD-CWF<br><br><br>**STIPULATION and ORDER<br>TO<br>EXTEND TIME<br>FOR<br>SERVICE OF PROCESS**<br>First Request |

**Plaintiff's Statement of Facts:**

Mr. Bynum was a 56-year-old man at the time he called the North Las Vegas Police to report a burglary in his home. Upon arrival at the scene, Mr. Bynum was behaving erratically. The North Las Vegas Police tased Mr. Bynum, threw him to the ground and hauled him to the Las Vegas jail.

1

Mr. Bynum was kept in the jail for 4 days. His need for mental health care was documented but not provided. During the administration of what the defendants characterized as reasonable force, he was beaten while in jail as a result of having become entangled in his chains. He suffered a heart attack and is now in a coma from which he has not recovered.

The Defendant Las Vegas offers no explanation as to how this healthy, 56 year old man without a cardiac history could have suffered a heart attack while in their custody. There are 41 Las Vegas Correctional Officer defendants named in the case for which the City of Las Vegas has refused to accept service.

The Las Vegas defendants have been delivered a Notification of Litigation and Acceptance of Service pursuant to FRCP 4(d).

Both the Plaintiff and Defendant Las Vegas agree it is in their mutual interests to extend the time for service as they are in the process of negotiating the parties for which the City of Las Vegas will accept service.

Plaintiff has already filed a motion (# 70) for the extension of time to serve. However, to minimize the costs of litigation and streamline the course of litigation, Plaintiff and the City of Las Vegas agree that the continuance is warranted. The other parties have no objection.

## STIPULATION

The parties hereto stipulate and agree to extend the time for Plaintiff to serve defendants from the current date May 25, 2018 to a date 90 days therefrom, August 24, 2018.

Dated this 23rd day of May, 2018.

| | |
|---|---|
| Law Office of Dan M. Winder, P.C. | Lewis Brisbois Bisgaard & Smith LLP |
| /s/ Dan M. Winder<br>DAN M. WINDER, ESQ.<br>Nevada State Bar No. 1569<br>ARNOLD WEINSTOCK, ESQ.<br>Nevada State Bar No. 810<br>SCOTT C. DORMAN, ESQ.<br>Nevada State Bar No. 13108<br>3507 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiff* | /s/Robert Freeman<br>ROBERT W. FREEMAN, ESQ.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89146<br>*Attorneys for Defendant North Las Vegas* |
| Las Vegas City Attorney | Lewis Brisbois Bisgaard & Smith LLP |
| /s/ John Curtas<br>BRADFORD R. JERBIC<br>By: City JOHN A. CURTAS<br>Deputy City Attorney<br>495 South Main Street, Sixth Floor<br>Las Vegas, Nevada 89101<br>Tel: (702) 229-6629<br>Fax: (702) 386-1749<br>jacurtas@lasvegasnevada.gov<br>Attorneys for Defendants | /s/ Brent Vogel<br>BRENT VOGEL, ESQ.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89146<br>*Attorneys for CCS* |

## ORDER

IT IS SO ORDERED.

Dated this 25th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC 4-1, and LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 24th day of May, 2018, I served the foregoing **STIPULATION AND ORDER TO EXTEND TO FOR SERVICE OF PROCESS** on counsel as follows:

<u>This Honorable Court's CM/ECF System</u>:

ROBERT W. FREEMAN, ESQ.
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600 Las Vegas, NV 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Attorneys for Defendants
City of North Las Vegas

BRADFORD R. JERBIC
By: City JOHN A. Attorney CURTAS
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Fax: (702) 386-1749
jacurtas@lasvegasnevada.gov
Attorneys for Defendants

JOHN ORR
John.Orr@lewisbrisbois.com
6385 S. Rainbow Blvd, Suite 600 Las Vegas, NV 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Attorney for CCS

/s/ James R. Winder
Employee of the Law Office of Dan M. Winder P.C.

4