# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLENE BYNUM, individually, as the wife of RONALD BYNUM, and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, *et al.*,<br><br>Defendants. | 2:17-cv-002102-APG-VCF<br><br>Consolidated with case no.:<br><br>2:18-cv-00354-APG-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Additional Time to Serve Process (ECF No. 70). On May 25, 2018, the parties have stipulated to extend the time for Plaintiff to serve defendants to August 24, 2018. (ECF NO. 86).

Accordingly,

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Additional Time to Serve Process (ECF No. 70) scheduled for 11:00 AM, June 12, 2018, is VACATED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Additional Time to Serve Process (ECF No. 70) is DENIED as MOOT.

DATED this 11th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE