1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   DANIELLE C. MILLER
3  Nevada Bar No. 9127
   Danielle.Miller@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants*
7  *City of North Las Vegas,*
   *Officers Jacob Ray, Rodrigo Delara,*
8  *John E. Tonry, Jesse Lee Cesena,*
   *Chief Alexander Perez,*
9  *Fire Chief Jeffrey K. Lytle, John Lansing,*
   *Scott Nielsen and Steven McKlein*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E. TONRY (P#1684) JESSE LEE CESENA (P#2425); ALEXANDER PEREZ, JEFFREY K. LYTLE, CITY OF LAS VEGAS, MICHELLE FREEDMAN DOES 1-100 and DOE ENTITIES 1-10.<br><br>Defendants. | CASE NO. 2:17-cv-2102-APG-VCF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-0354-APG-VCF<br><br>~~STIPULATION AND~~ ORDER TO EXTEND DISCOVERY DEADLINES<br><br>**(THIRD REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including December 4, 2018. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:



4832-9264-7529.1

1. On August 3, 2017, Plaintiff filed her Complaint in the United States District Court, District of Nevada.

2. On September 7, 2017, Defendant City of North Las Vegas and Michael Freedman filed their Answer to the Complaint with Federal Court.

3. On September 26, 2017, Defendants Jesse Cesena, City of North Las Vegas, Rodrigo Delara, Jeffrey K. Lytle, Alexander Perez, Jacob Ray, and John E. Tonry filed their Answer to Plaintiff's Complaint with Federal Court.

4. On November 29, 2017 the parties submitted a proposed Scheduling Order to the Court.

5. On January 9, 2018, Defendant City of North Las Vegas served its Initial List of Witnesses and Documents on Plaintiff.

6. On March 31, 2018, The Court entered its order extending the discovery deadlines for the first time.

7. On March 22, 2018, Defendant Correct Care Solutions filed its Answer to Complaint.

8. On April 12, 2018, Defendants Michelle Freedman and City of Las Vegas filed their Answer to Complaint.

9. On May 1, 2018, Defendants Jesse Lee Cesena, City of Nroth Las Vegas, Rodrigo Delara, John Lansing, Jeffrey Ke. Lytle, Steven McClein, Scott M. Nielson, Alexander Perez, Jacob Ray, and John E. Tonry, filed their Answer to Complaint.

10. On May 2, 2018, Aven Anderson, Barbara Buttino, Defendant Darden, Defendant Nare, Christopher Nels, Defendant Noce, Francesca Noce, Christina Schade and Defendant Tolentino filed their Answer to Complaint.

11. On May 8, 2018, Plaintiff filed her Motion to Extend Time to Serve Summons and Complaint on additional Defendants.

12. On May 25, 2018, the Parties filed their Stipulation for Extension of time for Service of Process of Complaint.

13. On May 25, 2018, the Court entered its Order Granting the Parties Stipulation to

Extend time for Service of Process of the Complaint.

14. On June 12, 2018, the Court has scheduled a hearing on Plaintiff's Motion to Extend Time for Service of Process of the Complaint.

15. The parties who have been served in this case have engaged in written discovery and depositions.

## DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiffs.
2. Plaintiff will take deposition of approximately 70 Defendants.
3. The parties will complete all written discovery.
4. The parties will take the depositions of the designated expert witnesses.
5. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Plaintiff has been unable to serve all named Defendants in this action. At the time of this filing a Motion is pending before this court to extend the time for the Plaintiff to serve all remaining defendants.

The parties who have been served in this matter have been actively compiling documents and investigating the instant action. The current parties are actively engaged in written discovery and will proceed with the necessary case depositions.

Counsel for Plaintiff has been compiling documents and investigating the instant action, and is currently working diligently to secure service on the remaining defendants. Plaintiff and Defendant Las Vegas are attempting to eliminate some, as yet, unserved defendants from this litigation. Defendant Las Vegas and Plaintiff are working on a stipulation to eliminate the need for further service as well. Plaintiff and Defendant Las Vegas believe that as discovery continues some of the remining unserved Las Vegas defendants may be eliminated from the action.


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-9264-7529.1

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery regarding offsets in this case and adequately prepare their respective cases for trial.

This is the third request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Monday, September 4, 2018 | Monday, December 4, 2018 |
| Amendment to Pleadings | Wednesday, June 6, 2018 | Tuesday, September 4, 2018 |
| Interim Status Report | Friday, July 6, 2018 | Thursday, October 4, 2018 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | Friday, July 6, 2018 | Thursday, October 4, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Tuesday, August 7, 2018 | Monday, November 5, 2018 |
| Dispositive Motions | Thursday, October 4, 2018 | Thursday, January 3, 2019, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | Monday, November 5, 2018 | Monday, February 4, 2019, or at least thirty (30) days after the decision of last Dispositive Motions |

...

...

...

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of September 4, 2018 up to and including December 4, 2018 and the other discovery dates as outlined in accordance with the table above.

DATED this 11th day of June, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
City of North Las Vegas et al.*

DATED this 11th day of June, 2018.

LAW OFFICE OF DAN M. WINDER, P.C.

/s/ Dan M. Winder
Dan M. Winder, Esq.
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

DATED this 11th day of June, 2018.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ John M. Orr
Stephen B. Vogel, Esq.
Nevada Bar No. 6858
John M. Orr, Esq.
Nevada Bar No. 14251
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Correct Care Solutions, LLC. and Related Parties*

DATED this 11th day of June, 2018.

/s/ John A. Curtas
Bradford R. Jerbic
Nevada Bar No. 1056
John A. Curtas
Nevada Bar No. 1841
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for City of Las Vegas and Michele Freeman*

## ORDER

IT IS SO ORDERED.

Dated this 20th day of June, 2018.

~~U.S. DISTRICT COURT JUDGE~~
U.S. MAGISTRATE JUDGE