DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>                    Plaintiff,<br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684); et al<br><br>                    Defendants. | Case No: 2:17-CV-02102-APG-VCF<br><br>Consolidated With<br>Case No. 2:18-CV-00354-MMD-CWF<br><br>**STIPULATION AND ORDER<br>TO<br>EXTEND TIME FOR RESPONSE<br>TO<br><u>DISPOSITIVE MOTIONS</u>**<br><br>**FIRST REQUEST** |

       Pursuant to LR 6-1 and 26-4, the parties, by and through their respective counsel of record hereby stipulate and request this court extend the deadline to file responses to DEFENDANTS' Motions for Summary Judgment by 30 days to and including the 30th of October, 2019.

       DEFENDANTS NLV AND CCS have, on behalf of themselves and their respective employees, each filed Motions for Summary Judgment in this matter. The Las Vegas defendants have joined in both motions. Collectively, the Motions total 67 pages, exclusive of exhibits. The appended exhibits collectively total more than 140 pages. There are more than 60 defendants; more than 30 depositions and thousands of pages of record. There are approximately 72 hours of video.

       Both DEFENDANTS NLV AND CCS requested and, with stipulation, were granted more

than 30 days past the dispositive motion deadline to file their Motions.

In addition, Plaintiff's main paralegal assigned to this case has been hospitalized or absent from work due to illness for much of the time allotted for the response.

| Dated this 24th day of SEPTEMBER, 2019. | Dated the 24th day of September, 2019 |
|---|---|
| LAW OFFICE OF DAN M. WINDER, P.C.<br>/s/Dan M. Winder<br>DAN M. WINDER, ESQ.<br>Nevada State Bar No. 1569<br>3507 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>Telephone: (702) 474-0523<br>Facsimile: (702) 474-0631<br>winderdanatty@aol.com<br>*Attorneys for Plaintiff* | /s/Robert W. Freeman,Jr<br>Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants NLV and its employees |
| Dated this 24th day of September, 2019. | Dated this 24th day of September, 2019 |
| /s/Brent Vogel<br>S. Brent Vogel, Esq.<br>John M. Orr, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Boulevard, #600<br>Las Vegas, NV 89118<br>Attorneys for Defendants CORRECT CARE SOLUTIONS & ITS EMPLOYEES | /s/John A.Curtas<br>John A. Curtas<br>Deputy City Attorney<br>NV Bar No. 1841<br>495 South Main Street, sixth Floor<br>Las Vegas, NV 89101<br>Attorneys for City of Las Vegas Defendants |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 25, 2019.