S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Correct Care Solutions*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684) ;JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; JOHN LANSING; SCOTT NIELSEN; STEVEN MCKLEIN CITY OF LAS VEGAS; MICHELLE FREEDMAN; CITY OF LAS VEGAS CORRECTIONAL OFFICERS: ALGIN BROOKS, ANGEL JONES, ASHWORTH, CORY PRICE, DANIELLE STONE, GABRIELLE ABBOT, JASON JONES, JENNIFER BRADFORD, JOSHUA LOPER, JULIO OLARTE, KATHLEEN HENLEY, L. HENDERSON, LANDROVE, LEIGH MANN, LORIN SMITH, M. SZOSTEK, MARCOS PARKER, MICHAEL DARREN, MILETTE JONES, OFFICER CREAGER, OFFICER EDWARDS, OFFICER JERNEE, OFFICER KAHELE, OFFICER KATZ, OFFICER MANRA, OFFICER MARKITZ, OFFICER ROGERS, RAMON BROOKINS, ROBERT MORRIS, S. MARTINEZ, Sergeant B. GRIFFITH, Sergeant KELLEHER, SERGEANT ALVIN KENON, Sergeant LARRY GRAVES, SCOTT EDWARDS, STEVE CHESNEY, TRAVIS ROZ, WESLEY | CASE NO. 2:17-cv-2102-APG-VCF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-00354-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT** |

4845-7829-0604.1

| | |
|---|---|
| 1<br>2<br>3 | STONE, SERGEANT DENT, CESAR LANDROVE; CORRECT CARE SOLUTIONS, LLC, a Purported Kansas<br>Defendants. |

4   The parties, by and through their respective counsel of record, hereby stipulate and request
5 that this Court extend the deadline for Defendants to file their respective Replies on Support of
6 their Motions for Summary Judgment in the above captioned case thirty-days (30), up to and
7 including Monday, December 18, 2019.

8   This Request for an extension of time is not sought for any improper purpose or other
9 purpose of delay.

10 / / /

12 / / /

14 / / /

16 / / /

18 / / /

20 / / /

22 / / /

24 / / /

26 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4845-7829-0604.1                 2

Wherefore, the parties respectfully request that this Court extend the time for Defendants, to file a Reply In Support of its Motion for Summary Judgment, up to and including Monday, December 18, 2019.

Dated: November 13, 2019

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ John M. Orr*
S. BRENT VOGEL
Nevada Bar No. 006858
JOHN M. ORR
Nevada Bar No. 14251
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Correct Care Solutions*

Dated: November 13, 2019

LAW OFFICE OF DAN M. WINDER, P.C.

*/s/ Dan M. Winder*
DAN M. WINDER
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

Dated: November 13, 2019

*/s/ John A. Curtas*
BRADFORD R. JERBIC
Nevada Bar No. 1056
JOHN A. CURTAS
Nevada Bar No. 1841
495 S. Main Street, Sixth Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants City of Las Vegas and Michele Freeman*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: November 14, 2019.

4845-7829-0604.1

3