UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM, individually as the wife of RONALD BYNUM, and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>  Plaintiff<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, et al.,<br><br>  Defendants | Case No.: 2:17-cv-02102-APG-VCF<br><br>**Order Rejecting Proposed Pretrial Order**<br><br>[ECF No. 199] |

  The parties' proposed Joint Pretrial Order (ECF No. 199) does not comply with Local Rules 16-3 and 16-4. The parties stipulate to admit into evidence six vaguely described categories of documents, such as "Jail Records," "Jail Medical Records," and "Copies of all medical bills and records disclosed by Plaintiff." Local Rule 16-3(b)(8) requires that exhibit "lists or schedules must describe the exhibits sufficiently for ready identification . . . ." The parties' joint list of exhibits violates that rule. Each exhibit must be listed.

  In his list of witnesses, the plaintiff includes vague designations such as: "All named Defendant Correction Officers," "All named defendants and unnamed employees of Correct Care Solutions," and "All North Las Vegas Defendants." The defendant's witness list includes, for all but one witness, the phrase "Representatives of . . . including, but not limited to, . . . ." Again, such vague descriptions violate Local Rule 16-3(b)(12), which requires each witness to be listed so the parties can appropriately prepare for trial and cross-examination.

  Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The parties cannot simply wait to make trial decisions until the eve of

trial. That prevents full participation in settlement discussions and deprives the other side the ability to efficiently prepare for trial.

I THEREFORE ORDER that the parties' Pretrial Order (**ECF No. 199) is REJECTED.** The parties shall confer as required in Local Rule 16-3 and submit a Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by November 19, 2020.

DATED this 22nd day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE