S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Correct Care
Solutions*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684) ;JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; JOHN LANSING; SCOTT NIELSEN; STEVEN MCKLEIN CITY OF LAS VEGAS; MICHELLE FREEDMAN; CITY OF LAS VEGAS CORRECTIONAL OFFICERS: ALGIN BROOKS, ANGEL JONES, ASHWORTH, CORY PRICE, DANIELLE STONE, GABRIELLE ABBOT, JASON JONES, JENNIFER BRADFORD, JOSHUA LOPER, JULIO OLARTE, KATHLEEN HENLEY, L. HENDERSON, LANDROVE, LEIGH MANN, LORIN SMITH, M. SZOSTEK, MARCOS PARKER, MICHAEL DARREN, MILETTE JONES, OFFICER CREAGER, OFFICER EDWARDS, OFFICER JERNEE, OFFICER KAHELE, OFFICER KATZ, OFFICER MANRA, OFFICER MARKITZ, OFFICER ROGERS, RAMON BROOKINS, ROBERT MORRIS, S. MARTINEZ, Sergeant B. GRIFFITH, Sergeant | CASE NO. 2:17-cv-2102-APG-VCF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-00354-APG-VCF<br><br>**STIPULATION TO CONTINUE DEFENDANTS' OPPOSITIONS TO 1) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR SUMMARY JUDGMENT (#191) AS TO THE LV AND CSS DEFENDANTS LR 59.1 (DOC. 202)**<br>**AND**<br>**2) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR SUMMARY JUDGMENT (#191) AS TO NLV DEFENDANTS LR 59.1 (DOC. 203)** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-0183-5218.1

KELLEHER, SERGEANT ALVIN
KENON, Sergeant LARRY GRAVES,
SCOTT EDWARDS, STEVE CHESNEY,
TRAVIS ROZ, WESLEY STONE,
SERGEANT DENT, CESAR
LANDROVE; CORRECT CARE
SOLUTIONS, LLC, a Purported Kansas
           Defendants.

The parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file their respective Oppositions to Plaintiff's Motions for Reconsideration (Doc. 202 and Doc 203) in the above captioned case, up to and including December 15, 2020.

This request for an extension of time is not sought for any improper purpose or other purpose of delay.

Wherefore, the parties respectfully request that this Court extend the time for Defendants to file their Oppositions to Plaintiff's Motions for Reconsideration (Doc. 202 and Doc 203), up to and including December 15, 2020.

DATED: November 23, 2020

LAW OFFICE OF DAN M. WINDER, P.C.

*/s/ Dan M. Winder*

DAN M. WINDER
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

DATED: November 23, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ S. Brent Vogel*

S. BRENT VOGEL
Nevada Bar No. 6858
JOHN M. ORR
Nevada Bar No. 14251
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Correct Care Solutions, LLC*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-0183-5218.1

2

1  DATED: November 23, 2020                    DATED: November 23, 2020

2
                                               LEWIS BRISBOIS BISGAARD &
3                                              SMITH  LLP

4

5        */s/ Brandford R. Jerbic*                 */s/ Robert Freeman*

6  BRADFORD R. JERBIC                          ROBERT FREEMAN
   Nevada Bar No. 1056                         Nevada Bar No. 3062
7  JOHN A. CURTAS                              6385 S. Rainbow Blvd., Suite 600
   Nevada Bar No. 1841                         Las Vegas, Nevada 89118
8  495 S. Main Street, Sixth Floor             *Attorneys for City of North Las Vegas,*
   Las Vegas, Nevada 89101                     *Officers Jacob Ray, Rodrigo Delara,*
9  *Attorneys for City of Las Vegas*           *John E. Tonry, Jesse Lee Cesena,*
   *and Michele Freeman*                       *Chief Alexander Perez,*
10                                             *and Fire Chief Jeffrey K. Lytle*

11

12

13  IT IS SO ORDERED:

14  Dated:  November 24, 2020

15

16                                              ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-0183-5218.1                    3