DAN M. WINDER
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684) ;JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; JOHN LANSING; SCOTT NIELSEN; STEVEN MCKLEIN CITY OF LAS VEGAS; MICHELLE FREEDMAN; CITY OF LAS VEGAS CORRECTIONAL OFFICERS: ALGIN BROOKS, ANGEL JONES, ASHWORTH, CORY PRICE, DANIELLE STONE, GABRIELLE ABBOT, JASON JONES, JENNIFER BRADFORD, JOSHUA LOPER, JULIO OLARTE, KATHLEEN HENLEY, L. HENDERSON, LANDROVE, LEIGH MANN, LORIN SMITH, M. SZOSTEK, MARCOS PARKER, MICHAEL DARREN, MILETTE JONES, OFFICER CREAGER, OFFICER EDWARDS, OFFICER JERNEE, OFFICER KAHELE, OFFICER KATZ, OFFICER MANRA, OFFICER MARKITZ, OFFICER ROGERS, RAMON BROOKINS, ROBERT MORRIS, S. MARTINEZ, Sergeant B. GRIFFITH, Sergeant KELLEHER, SERGEANT ALVIN KENON, Sergeant LARRY GRAVES, SCOTT EDWARDS, STEVE CHESNEY, TRAVIS ROZ, WESLEY STONE, SERGEANT DENT, CESAR LANDROVE; CORRECT CARE SOLUTIONS, LLC, a Purported Kansas | CASE NO. 2:17-cv-2102-APG-VCF<br><br>Consolidated with:<br><br>CASE NO. 2:18-cv-00354-APG-VCF<br><br>**STIPULATION<br>TO<br>EXTEND TIME FOR PLAINTIFF<br>TO FILE HER REPLY RE:<br>1) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR SUMMARY JUDGMENT (#191) AS TO THE LV AND CSS DEFENDANTS LR 59.1 (DOC. 202)<br>AND<br>2) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS FOR SUMMARY JUDGMENT (#191) AS TO NLV DEFENDANTS LR 59.1 (DOC. 203)**<br><br>**FIRST REQUEST** |

Defendants.

The parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Plaintiff to file replies to the defendants' Oppositions to Plaintiff's Motions for Reconsideration (Doc. 202 and Doc 203) in the above captioned case, up to and including January 18th, 2021.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. Plaintiff seeks this extension due to the complexities of the issues and planned vacations over the Christmas Holidays.

Wherefore, the parties respectfully request that this Court extend the time for Plaintiff to file her Reply re Plaintiff's Motions for Reconsideration (Doc. 202 and Doc 203), up to and including January 18th, 2021

DATED: December 14th, 2020

LAW OFFICE OF DAN M. WINDER, P.C.

/s/Dan M Winder
DAN M. WINDER
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

DATED: December 14th, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/John M. Orr*
S. BRENT VOGEL
Nevada Bar No. 6858
JOHN M. ORR
Nevada Bar No. 14251
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Correct Care Solutions, LLC*

2

| | |
|---|---|
| DATED: December 14th, 2020 | DATED: December 14th, 2020 |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/John A. Curtas | /s/Robert Freeman |
| Bryan Scott<br>Nevada Bar No. 1056<br>JOHN A. CURTAS<br>Nevada Bar No. 1841<br>495 S. Main Street, Sixth Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for City of Las Vegas and Michele Freeman* | ROBERT FREEMAN<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for City of North Las Vegas, Officers Jacob Ray, Rodrigo Delara, John E. Tonry, Jesse Lee Cesena, Chief Alexander Perez, and Fire Chief Jeffrey K. Lytle* |

**IT IS SO ORDERED**

**DATED:** __December 14____, **2020**

_____
**UNITED STATES DISTRICT JUDGE**

3