**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLENE BYNUM, | Case No.: 2:17-cv-02102-APG-VCF |
| Plaintiff | **Order Vacating Order to Show Cause** |
| v. | |
| CITY OF LAS VEGAS, et al., | |
| Defendants | |

In light of the proposed joint pretrial order (ECF No. 217) filed on January 6, 2021, I ORDER that my order to show cause (ECF No. 216) is VACATED.

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE