**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM, | 2:17-cv-02102-APG-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E. TONRY (P#1684) JESSE LEE CESENA (P#2425); ALEXANDER PEREZ, JEFFREY K. LYTLE, CITY OF LAS VEGAS, MICHELLE FREEDMAN DOES 1-100 and DOE ENTITIES 1-10, | |
| Defendant. | |

Before the Court is Defendants' Officer Jacob Ray, Officer Rodrigo Delara, Officer John E. Tonry, Officer Jesse Lee Cesena, Chief Alexander Perez, Fire Chief Jeffrey K. Lytle, John Lansing, Scott Nielsen And Steven Mcklein Request For Exception Of Attendance Requirement At The Settlement Conference Scheduled For February 11, 2021 (ECF NO. 224).

No opposition has been filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Officer Jacob Ray, Officer Rodrigo Delara, Officer John E. Tonry, Officer Jesse Lee Cesena, Chief Alexander Perez, Fire Chief Jeffrey K. Lytle, John

///

///

1 Lansing, Scott Nielsen And Steven Mcklein Request For Exception Of Attendance Requirement At The
2 Settlement Conference Scheduled For February 11, 2021 (ECF NO. 224), is GRANTED.
3     DATED this 29th day of January, 2021.

                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE