**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CHARLENE BYNUM, *et al.*,

    Plaintiffs,

vs.

CITY OF NORTH LAS VEGAS, *et al.*,

    Defendants.

2:17-cv-02102-APG-VCF

**ORDER**

    Before the Court is Defendants' Joe Haplin RN, Francesca Noce, RN, Joseph Avena, RN, Lara Nares, RN, Christopher Nehls, RN, Haydee Tolentino, RN, Christina Schade, RN, Barbara Buttino, RN, John Darden, RN, And Jennifer Swan, RN Request For Exception Of Attendance Requirement At The Settlement Conference Scheduled For February 11, 2021 (ECF NO. 228).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Defendants' Joe Haplin RN, Francesca Noce, RN, Joseph Avena, RN, Lara Nares, RN, Christopher Nehls, RN, Haydee Tolentino, RN, Christina Schade, RN, Barbara Buttino, RN, John Darden, RN, And Jennifer Swan, RN Request For Exception Of Attendance Requirement At The Settlement Conference Scheduled For February 11, 2021 (ECF NO. 228) must be filed on or before February 8, 2021.  No reply needed.

    DATED this 3rd day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE