UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLENE BYNUM,

    Plaintiff

v.

CITY OF LAS VEGAS, et al.,

    Defendants

Case No.: 2:17-cv-02102-APG-VCF

**<u>Amended</u> Order Accepting Report and Recommendation and Granting Motion to Enforce Settlement Agreement**

[ECF Nos. 235, 239]

On June 2, 2021, Magistrate Judge Ferenbach recommended that I grant the City of Las Vegas Defendants'[1] motion to enforce the settlement agreement and that I dismiss the plaintiff's claims against those defendants with prejudice. ECF No. 239. No one filed an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 239) is accepted**, the City of Las Vegas Defendants' motion to enforce settlement

---

[1] The City of Las Vegas and its employees: Joshua Loper, Julio C. Olarte, Kathleen Henley, Algin Brooks, Angel Jones, Officer Ashworth, Cory Price, Danielle Stone, Gabrielle Abbot, Jason Jones, Jennifer Bradford, L. Henderson, Leigh Mann, Lorin Smith, M. Szostek, Marcos Parker, Michael Darren, Milette Jones, Officer Creager, Officer Jernee, Officer Kahele, Rogers, Ramon Brookins, Robert Morris, S. Martinez, B. Griffith, Sergeant Kelleher, Sergeant Alvin Kenon, Sergeant Larry Graves, Scott Edwards, Steve Chesney, Travis Roz, Wesley Stone, Sergeant Dent, Cesar Landrove, Officer Katz, and Michelle Freeman (incorrectly named as Michelle Freedman).

**(ECF No. 235) is GRANTED**. The plaintiff's claims against the following defendants are dismissed with prejudice:

The City of Las Vegas, Joshua Loper, Julio C. Olarte, Kathleen Henley, Algin Brooks, Angel Jones, Officer Ashworth, Cory Price, Danielle Stone, Gabrielle Abbot, Jason Jones, Jennifer Bradford, L. Henderson, Leigh Mann, Lorin Smith, M. Szostek, Marcos Parker, Michael Darren, Milette Jones, Officer Creager, Officer Jernee, Officer Kahele, Rogers, Ramon Brookins, Robert Morris, S. Martinez, B. Griffith, Sergeant Kelleher, Sergeant Alvin Kenon, Sergeant Larry Graves, Scott Edwards, Steve Chesney, Travis Roz, Wesley Stone, Sergeant Dent, Cesar Landrove, Officer Katz, and Michelle Freeman (incorrectly named as Michelle Freedman).

DATED this 23rd day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE